**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**Fabian Anton CROSBY, Defendant—
Appellant.**

**No. 08–7201.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 23, 2009.

Decided: March 11, 2009.

Fabian Anton Crosby, Appellant Pro Se. Kimlani Murray Ford, Office of the United States Attorney, Charlotte, North Carolina, for Appellee.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fabian Anton Crosby appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Crosby,* No. 3:04–cr–00250–RJC–CH–17 (W.D.N.C. Mar. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*